**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**Jermaine F. Brown, OSB #073415**
JermaineBrown@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

**L. Timothy Fisher***
ltfisher@bursor.com
**Joshua B. Glatt***
jglatt@bursor.com
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

**Max S. Roberts***
mroberts@bursor.com
**Caroline C. Donovan***
cdonovan@bursor.com
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
*Attorneys for Plaintiffs*
*\*Pro Hac Vice Application Forthcoming*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LOUIS BOLOGNA AND PATRICIA RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ON INC.,<br><br>Defendant. | Case No. 3:25-cv-01852-IM<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Karin J. Immergut |

Page 1 –   PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED CLASS
            ACTION COMPLAINT

## PLAINTIFFS' NOTICE OF INTENT TO AMEND COMPLAINT

Whereas, on December 3, 2025, defendant filed its Motion to Dismiss plaintiffs' Complaint, ECF No. 15, thereby causing plaintiffs' opposition to be due December 17, 2025. D. Or. L.R. 7-1(e)(1). Plaintiffs' respectfully submit this notice to notify the Court of their intent to file a First Amended Complaint not later than December 24, 2025, pursuant to Fed. R. Civ. P. 15. No motion granting leave to file an amended complaint has been made. *See* D. Or. L.R. 15(c).

DATED:  December 9, 2025.	MARKOWITZ HERBOLD PC

*s/ Stanton R. Gallegos*
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Jermaine F. Brown, OSB #073415
JermaineBrown@MarkowitzHerbold.com

BURSOR & FISHER, P.A.
L. Timothy Fisher*
Joshua B. Glatt*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com

BURSOR & FISHER, P.A.
Max S. Roberts*
Caroline C. Donovan*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com
         cdonovan@bursor.com

*Attorneys for Plaintiffs*

*Pro Hac Vice Application Forthcoming

2390420.1

Page 2 –	PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED CLASS ACTION COMPLAINT